Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
RUSSELL RISBECK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-12-0328-JSW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| v. ) | |
| RUSSELL RISBECK, ) | AS MODIFIED HEREIN |
| Defendant. ) | |

Upon the request of the defendant, RUSSELL RISBECK, by and through defendant's counsel of record, George C. Boisseau, and the United States, and good cause appearing because Government Counsel is reassigning the case to another Assistant United States Attorney and counsel for the defendant has a jury deliberating in the case of *People v. Sandoval*, *et al.*, SCR-616979 in Sonoma County Superior Court,

The parties request that the presently scheduled hearing of August 15, 2013 be continued for two weeks to August 29, 2013 at 2:00 in the afternoon. At that time the parties will request that a trial date be set with the court.

The parties agree that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant

1

effective assistance, preparation, and continuity of counsel .

Dated: August 13, 2013

                                               /s/
                                 GEORGE C. BOISSEAU

Attorney for Defendant
RUSSELL RISBECK

IT IS SO STIPULATED.

Dated: August 13, 2013

                                             /s/
SUZANNE MILES
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the status conference of August 15, 2013 is hereby continued two weeks to August 29, 2013 at 2:00 in the afternoon to assure the defendant the effective assistance, preparation and continuity of counsel. At the next status hearing the parties will be prepared to set a trial date. The Court shall not continue the August 29, 2013 date.

IT IS SO ORDERED.

Dated: August 14, 2013

HON. JEFFREY S. WHITE
U.S. District Judge
Northern District of California

2