United States District Court
For the Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7   UNITED STATES OF AMERICA,
8          Plaintiff,                          No. CR 12-00328 JSW
9   v.                                         **ORDER TO SHOW CAUSE**
10  RUSSELL RISBECK,
11         Defendant.
12  _____/
13         This matter is scheduled for a pretrial conference on November 12, 2013, at 2:00 p.m.
14  Under this Court's Guidelines for Criminal Jury Trials, the parties' pretrial submissions were
15  due on October 29, 2013.  Although the Government complied with that deadline, Defendant's
16  counsel has not filed anything on Defendant's behalf.  Defendant's counsel also did not seek to
17  continue the deadline by which his pretrial filings were due *before that deadline*, as this Court
18  requires, or to continue the pretrial conference.  Accordingly, Defendant's counsel is HEREBY
19  ORDERED TO SHOW CAUSE why he should not be sanctioned in the amount of $250.00 for
20  failure to comply with this Court's deadlines.  Defendant's counsel's response to this Order to
21  Show Cause shall be due on or before November 4, 2013.  The parties are also advised that the
22  Court intends to proceed with the pretrial conference as scheduled.
23         **IT IS SO ORDERED.**
24
25  Dated: October 31, 2013                     _____
26                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
27
28